IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| O'DONOGHUE & O'DONOGHUE LLP<br>Daniel J. Keenan, Esq.<br>Charles W. Gilligan, Esq.<br>325 Chestnut Street, Suite 600<br>Philadelphia, PA 19106<br>Telephone: (215) 629-4970<br>Email: dkeenan@odonoghuelaw.com<br><br>Counsel to Bricklayers and Allied<br>Craftworkers Local 1 of PA-DE<br><br>In re:<br><br>KIMO TILE @ MARBLE, LLC, d/b/a<br>KIMO TILE & MARBLE LLC<br><br>        Debtor.<br><br>KIMO TILE @ MARBLE, LLC, d/b/a<br>KIMO TILE & MARBLE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TILE SETTERS AND TILE FINISHERS<br>UNION OF NEW YORK AND NEW<br>JERSEY, LOCAL NO. 7 OF THE INTER-<br>NATIONAL UNION OF BRICKLAYERS<br>AND ALLIED CRAFTWORKERS; and<br>BRICKLAYERS AND ALLIED CRAFT-<br>WORKERS LOCAL 1 OF PA-DE,<br><br>        Defendants. | Chapter 11<br><br>Case No. 24-20009 (JNP)<br><br>ADVERSARY NO. 25-01226-JNP<br><br>Hearing Date: June 2, 2025 |

**DECLARATION OF JOSEPH J. BATTAGLIA**

I, Joseph J. Battaglia, declare and state as follows:

1

benefit plans jointly established by the Union and the employers. All employees represented by Local 1 have monthly contributions remitted by their employers to the Bricklayers and Allied Craftworkers Local 1 of PA-DE Health and Welfare Fund, which provides them with medical, surgical, prescription drug, and other health benefits, the Bricklayers and Allied Craftworkers Local 1 of PA-DE Annuity Fund, a defined contribution pension plan in which all participants have a fully vested individual account plan, and the Bricklayers and Allied Craftworkers Local 1 of PA-DE Apprenticeship and Training Fund, which provides training to new apprentices in the industry as well as some training to journey persons (collectively referred to hereinafter as the "Local 1 Funds"). Additionally, many of the crafts persons represented by Local 1 have contributions made to one of two defined benefit pension plans maintained by Local 1 and its employers. Employers who are signed to the Local 1 collective bargaining agreement are obligated to remit the contractually required hourly contribution rate multiplied by the number of hours worked by each covered employee to the Local 1 Funds on a monthly basis, with the contributions to be received by the fifteenth day of the month following the month in which the work was performed.

7. Kimo has employed members of Local 1 who specialize in setting and finishing ceramic tile. During the period in which it was a signatory contractor, the relationship between Local 1 and Kimo was often strained due to the Debtor's failure to timely remit these required benefit contributions. Additionally, Kimo has periodically bounced paychecks or failed to timely pay the wages of its employees working under the Local 1 collective bargaining agreement. Kimo has also tried to pay cash to our members in a manner inconsistent with the terms of the collective bargaining agreement and I have fielded complaints from members regarding issues of scheduling and other practices that have created uncertainty in their working lives. As a result, some of the members that I represent refused to work for Kimo or did so reluctantly.

mutual issues that we were having with the company. In the end, however, Local 1's decision to terminate the collective bargaining relationship was based on our own determination of its best interests and that of its membership.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the foregoing is true and correct.

May 30, 2025

_____
Joseph J. Battaglia

# EXHIBIT 1

| EMP NBR | EMPLOYER NAME | WORK MONTH | RCPT DATE | RECEIPT NUMBER | RPT NBR | RECEIPT TYPE | TOTAL AMOUNT | HOURS 1 |
|---|---|---|---|---|---|---|---|---|
| 532 | Kimo Tile (TMTFin) | Aug-21 | 4/13/2022 | 163884 | 9 | RM | $ 239.04 | 8 |
| 532 | Kimo Tile (TMTFin) | Aug-21 | 4/13/2022 | 163882 | 8 | RM | $ 1,195.20 | 40 |
| 532 | Kimo Tile (TMTFin) | Aug-21 | 4/13/2022 | 163880 | 7 | RM | $ 1,434.24 | 48 |
| 532 | Kimo Tile (TMTFin) | Aug-21 | 4/13/2022 | 163878 | 6 | RM | $ 1,583.64 | 53 |
| 516 | Kimo Tile (TMTMech) | Aug-21 | 4/13/2022 | 163944 | 2 | RM | $ 483.84 | 16 |
| 516 | Kimo Tile (TMTMech) | Aug-21 | 4/13/2022 | 163883 | 11 | RM | $ 967.68 | 32 |
| 516 | Kimo Tile (TMTMech) | Aug-21 | 4/13/2022 | 163879 | 9 | RM | $ 1,209.60 | 40 |
| 516 | Kimo Tile (TMTMech) | Aug-21 | 4/13/2022 | 163881 | 10 | RM | $ 1,209.60 | 40 |
| 532 | Kimo Tile (TMTFin) | Sep-21 | 4/13/2022 | 163875 | 4 | RM | $ 478.08 | 16 |
| 532 | Kimo Tile (TMTFin) | Sep-21 | 4/13/2022 | 163877 | 5 | RM | $ 478.08 | 16 |
| 516 | Kimo Tile (TMTMech) | Sep-21 | 4/13/2022 | 163874 | 7 | RM | $ 483.84 | 16 |
| 516 | Kimo Tile (TMTMech) | Sep-21 | 4/13/2022 | 163876 | 8 | RM | $ 483.84 | 16 |
| 532 | Kimo Tile (TMTFin) | Oct-21 | 4/13/2022 | 163869 | 2 | RM | $ 597.60 | 20 |
| 532 | Kimo Tile (TMTFin) | Oct-21 | 4/13/2022 | 163871 | 3 | RM | $ 597.60 | 20 |
| 516 | Kimo Tile (TMTMech) | Oct-21 | 4/13/2022 | 163872 | 5 | RM | $ 1,088.64 | 36 |
| 516 | Kimo Tile (TMTMech) | Oct-21 | 4/13/2022 | 163870 | 4 | RM | $ 1,814.40 | 60 |
| 516 | Kimo Tile (TMTMech) | Oct-21 | 4/13/2022 | 163873 | 6 | RM | $ 2,177.28 | 72 |
| 532 | Kimo Tile (TMTFin) | Nov-21 | 4/13/2022 | 163867 | 1 | RM | $ 465.08 | 16 |
| 516 | Kimo Tile (TMTMech) | Nov-21 | 4/13/2022 | 164044 | 4 | RM | $ 967.68 | 32 |
| 516 | Kimo Tile (TMTMech) | Nov-21 | 4/13/2022 | 163868 | 3 | RM | $ 1,451.52 | 48 |
| 516 | Kimo Tile (TMTMech) | Dec-21 | 4/13/2022 | 164045 | 1 | RM | $ 483.84 | 16 |
| 516 | Kimo Tile (TMTMech) | Mar-22 | 4/13/2022 | 163822 | 1 | RM | $ 1,693.44 | 56 |
| 532 | Kimo Tile (TMTFin) | Dec-22 | 1/30/2023 | 170807 | 1 | RM | $ 733.44 | 24 |
| 516 | Kimo Tile (TMTMech) | Dec-22 | 2/16/2023 | 170806 | 1 | RM | $ 1,485.12 | 48 |
| 532 | Kimo Tile (TMTFin) | Jan-23 | 1/30/2023 | 170809 | 1 | RM | $ 977.92 | 32 |
| 516 | Kimo Tile (TMTMech) | Jan-23 | 2/16/2023 | 170808 | 1 | RM | $ 2,722.72 | 88 |
| 532 | Kimo Tile (TMTFin) | May-23 | 9/11/2023 | 176678 | 1 | RM | $ 891.20 | 40 |
| 516 | Kimo Tile (TMTMech) | May-23 | 9/11/2023 | 176676 | 1 | RM | $ 2,993.28 | 96 |
| 532 | Kimo Tile (TMTFin) | Jun-23 | 9/28/2023 | 176687 | 1 | RM | $ 1,396.50 | 70 |
| 532 | Kimo Tile (TMTFin) | Jun-23 | 9/28/2023 | 176698 | 2 | RM | $ 2,899.90 | 94 |
| 516 | Kimo Tile (TMTMech) | Jun-23 | 9/22/2023 | 176681 | 2 | RM | $ 997.76 | 32 |
| 516 | Kimo Tile (TMTMech) | Jun-23 | 9/22/2023 | 177018 | 4 | RM | $ 1,995.52 | 64 |
| 516 | Kimo Tile (TMTMech) | Jun-23 | 9/28/2023 | 176686 | 5 | RM | $ 2,432.04 | 78 |
| 516 | Kimo Tile (TMTMech) | Jul-23 | 9/28/2023 | 177089 | 6 | RM | $ 1,995.52 | 64 |
| 516 | Kimo Tile (TMTMech) | Aug-23 | 9/22/2023 | 176683 | 1 | RM | $ 873.04 | 28 |
| 532 | Kimo Tile (TMTFin) | Sep-23 | 11/9/2023 | 177198 | 1 | RM | $ 4,438.70 | 146 |
| 516 | Kimo Tile (TMTMech) | Sep-23 | 11/9/2023 | 177196 | 1 | RM | $ 436.52 | 14 |
| 516 | Kimo Tile (TMTMech) | Sep-23 | 11/9/2023 | 177197 | 2 | RM | $ 9,229.28 | 296 |
| 532 | Kimo Tile (TMTFin) | Oct-23 | 1/27/2025 | 185232 | 2 | RM | $ 493.60 | 16 |
| 532 | Kimo Tile (TMTFin) | Oct-23 | 8/7/2024 | 185240 | 3 | RM | $ 1,234.00 | 40 |
| 516 | Kimo Tile (TMTMech) | Jan-24 | 2/22/2024 | 181031 | 1 | RM | $ 1,247.20 | 40 |
| 532 | Kimo Tile (TMTFin) | Feb-24 | 3/27/2024 | 181936 | 1 | RM | $ 2,221.20 | 72 |
| 516 | Kimo Tile (TMTMech) | Feb-24 | 3/27/2024 | 181937 | 1 | RM | $ 10,227.04 | 328 |
| 532 | Kimo Tile (TMTFin) | Mar-24 | 4/15/2024 | 181938 | 1 | RM | $ 740.40 | 24 |
| 516 | Kimo Tile (TMTMech) | Mar-24 | 4/15/2024 | 181939 | 1 | RM | $ 7,483.20 | 240 |
| 532 | Kimo Tile (TMTFin) | Apr-24 | 8/7/2024 | 185239 | 2 | RM | $ (1,234.00) | -40 |
| 532 | Kimo Tile (TMTFin) | Apr-24 | 5/28/2024 | 183113 | 1 | RM | $ 1,234.00 | 40 |
| 516 | Kimo Tile (TMTMech) | Apr-24 | 5/28/2024 | 183112 | 1 | RM | $ 498.88 | 16 |
| 516 | Kimo Tile (TMTMech) | Jul-24 | 2/12/2025 | 190320 | 1 | RM | $ 511.04 | 16 |
| 532 | Kimo Tile (TMTFin) | Aug-24 | 2/28/2025 | 190316 | 1 | RM | $ 1,516.80 | 48 |
| 516 | Kimo Tile (TMTMech) | Aug-24 | 2/12/2025 | 190315 | 1 | RM | $ 968.08 | 64 |
| 532 | Kimo Tile (TMTFin) | Sep-24 | 2/28/2025 | 190318 | 1 | RM | $ 2,417.42 | 76.5 |
| 516 | Kimo Tile (TMTMech) | Sep-24 | 2/28/2025 | 190317 | 1 | RM | $ 1,788.64 | 56 |
| 532 | Kimo Tile (TMTFin) | Oct-24 | 2/28/2025 | 190321 | 1 | RM | $ 2,330.61 | 88 |
| 532 | Kimo Tile (TMTFin) | Nov-24 | 2/5/2025 | 190033 | 1 | RM | $ 1,516.80 | 48 |
| 516 | Kimo Tile (TMTMech) | Nov-24 | 2/5/2025 | 190032 | 1 | RM | $ 5,365.92 | 168 |
| 532 | Kimo Tile (TMTFin) | Dec-24 | 2/5/2025 | 190035 | 1 | RM | $ 2,275.20 | 72 |
| 516 | Kimo Tile (TMTMech) | Dec-24 | 2/5/2025 | 190034 | 1 | RM | $ 3,066.24 | 96 |
| 532 | Kimo Tile (TMTFin) | Jan-25 | 2/5/2025 | 190037 | 1 | RM | $ 758.40 | 24 |
| 516 | Kimo Tile (TMTMech) | Jan-25 | 2/5/2025 | 190036 | 1 | RM | $ 2,044.16 | 64 |

# EXHIBIT 2



BRICKLAYERS & ALLIED CRAFTWORKERS PA/DE
Local 1
...ack Lake Place ■ Philadelphia, PA 19154



CERTIFIED MAIL

9589 0710 5270 1855 2431 44



$5.…
US POSTAGE
FIRST-CLASS
063S13293

Mr. Sasha Kissoondath
7 FOWLER AVE
Milleville, NJ 08332

NIXIE           171  DE 1           0003/05/25
                RETURN TO SENDER
                ATTEMPTED - NOT KNOWN
                UNABLE TO FORWARD

08332-490407



February 27, 2025

Mr. Sasha Kissoondath
Kimo Tile & Marble
7 Fowler Ave
Millville, NJ 08332

Dear Mr.Kissoondath:

    This is to advise you that Bricklayers and Allied Craftworkers Local 1 of PA-DE is hereby disclaiming interest in representing the employees of Kimo Tile & Marble. As a result, when the current collective bargaining agreement expires, Local 1 will not seek to negotiate a successor agreement.

    We will so advise any employees who are currently working under that agreement. This disclaimer is unequivocal and unconditional and is effective as of the date that the current agreement expires.

    Please contact me if you have any questions regarding this letter.

                      Very truly yours,

                       Justin Scarinci
                       President and Business Manager

2706 Black Lake Place ■ Philadelphia, PA 19154 ■ Phone: 215.856.9505 ■ Fax: 215.856.9515 ■ www.bac-1.org

