# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **O'Donoghue & O'Donoghue LLP** }<br>Daniel J. Keenan, Esq. }<br>Charles W. Gilligan, Esq. }<br>325 Chestnut Street, Suite 600 }<br>Philadelphia, PA 19106 }<br>Telephone: (215) 629-4970 }<br>Email:  dkeenan@odonoghuelaw.com }<br>              cgilligan@odonoghuelaw.com }<br>                                                                  }<br>Counsel to Bricklayers and Allied }<br>Craftworkers Local 1 of PA/DE         } | **Chapter 11** |
| **In re:**                                                           }<br>                                                                        }<br>**KIMO TILE @ MARBLE, LLC d/b/a**  }<br>**KIMO TILE & MARBLE, LLC,**            }<br>                                                                        }<br>                              **Debtor.** | **Case No. 24-20009 (JNP)**<br><br>**Adv. No. 25-01226 (JNP)**<br><br>Hearing Date: July 22, 2025 |
| **KIMO TILE @ MARBLE, LLC d/b/a**  }<br>**KIMO TILE & MARBLE, LLC**                }<br>                                                                        }<br>                              **Plaintiff,**                  }<br>                                                                        }<br>v.                                                                    }<br>                                                                        }<br>**TILE SETTERS AND TILE FINISHERS** }<br>**UNION OF NEW YORK AND NEW**          }<br>**JERSEY, LOCAL NO. 7 OF THE**            }<br>**INTERNATIONAL BRICKLAYERS**        }<br>**AND ALLIED CRAFTWORKERS; and** }<br>**BRICKLAYERS AND ALLIED**                  }<br>**CRAFTWORKERS LOCAL 1 PA/DE,**  }<br>                                                                        }<br>                              **Defendants.**               } | |

## **MOTION TO DISMISS**

Defendant Bricklayers and Allied Craftworkers Local 1 PA/DE, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b) and Federal Rules of Bankruptcy Procedure 8013, hereby moves the Court to dismiss the Complaint against it for lack of subject-matter jurisdiction and failure to state a claim. A Memorandum of Points and Authorities and a proposed Order are submitted in further support of this Motion.

Respectfully submitted,

Dated: June 27, 2025

/s/ Daniel J. Keenan
Daniel J. Keenan, Esq.
Charles W. Gilligan, Esq.
**O'DONOGHUE & O'DONOGHUE LLP**
325 Chestnut Street, Suite 600
Philadelphia, PA 19106
Telephone: (215) 629-4970
Facsimile: (215) 629-4996
dkeenan@odonoghuelaw.com
cgilligan@odonoghuelaw.com

*Counsel for Defendant Local 1*