| | |
|---|---|
| Click or tap here to enter text.UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>COLLERAN, O'HARA & MILLS, L.L.P.<br>Thomas P. Keane, Esq.<br>100 Crossway Park Drive West, Suite 200<br>Woodbury, New York 11797<br>P: (516) 248-5757<br>F: (516) 742-1765<br>E: tpk@cohmlaw.com<br><br>*Counsel to Defendant* Tile Setters and Tile Finishers Union Of New York And New Jersey, Local No. 7 Of the International Union of Bricklayers and Allied Craftworkers | |
| In Re:<br><br>KIMO TILE @ MARBLE, LLC d/b/a KIMO TILE & MARBLE, LLC,<br><br>                          Debtor. | Chapter 11<br><br>**Case No.:** 24-20009-JNP<br><br>**Adv. Proc. No.:** 25-01226-JNP |
| KIMO TILE @ MARBLE, LLC d/b/a KIMO TILE & MARBLE, LLC,<br><br>                          Plaintiff,<br><br>   v.<br><br>TILE SETTERS AND TILE FINISHERS UNION OF NEW YORK AND NEW JERSEY, LOCAL NO. 7 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS; and TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND, TRUSTEES OF THE TILE LAYERS LOCAL UNION 52 PENSION FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY RETIREE WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY VACATION FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY | |

SUPPLEMENTAL FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY PROMOTIONAL FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY TRAINING FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY BUILDING FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY DEFENSE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY LOCAL POLITICAL ACTION COMMITTEE, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, THE INTERNATIONAL MASONRY INSTITUTE, AND THE TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS POLITICAL ACTION COMMITTEE,

Defendants.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the Defendant's Memorandum of Law in Support of its Motion to Dismiss, the Declaration of Thomas P. Keane, Esq., with Exhibits in Support, the Affidavit of Chris Avallone with Exhibits in Support, sworn to on 18th day of July, 2025, and all prior papers and proceedings herein, Defendant Union will move this Court, before the Honorable Jerrold N. Poslusny, at the United States Bankruptcy Court for the District of New Jersey, 400 Cooper Street, Camden, New Jersey 08101, on August 22, 2025, for an Order Dismissing Plaintiff's Verified Complaint for Lack of Subject Matter Jurisdiction and for Failure to State a Claim on Which Relief can be Granted, and for other such relief as the Court may deem just and proper.

Please take further notice that pursuant to D.N.J. LBR 9013-2, any opposition to a motion must be filed and served no later than 7 days before the hearing date.

Dated: Woodbury, New York
July 18, 2025

        COLLERAN, O'HARA & MILLS L.L.P.
*Attorneys for Defendant Union*

By: _____
THOMAS P. KEANE
100 Crossway Park Drive West, Suite 200
Woodbury, New York 11797
(516) 248-5757
tpk@cohmlaw.com

TO:

Edmund M. George
*Attorney for Plaintiff Kimo Tile*
Obermayer Rebmann Maxwell & Hippel
Centre Square West
1500 Market Street, Ste 3400
Philadelphia, PA 19102
edmond.george@obermayer.com

Maura S. Moosnick
*Attorney for Defendants Local 7 Tile Benefit Funds*
Virginia & Ambinder LLP
40 Broad Street Ste 7th Floor
New York, NY 10004
mmoosnick@vandallp.com

Nicole M. Nigrelli
*Subchapter V Trustee*
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
nnigrelli@ciardilaw.com